# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christine Michelle Wood, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:12-1757-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn D. Colvin, Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 38). Plaintiff seeks approval of an attorney's fee for appellate work of $12,568.00, which equals 25% of the Plaintiff's back benefits award. (Dkt. No. 38-1 at 3). The Plaintiff's proposed appellate fee would produce an hourly rate of $392.75 for 32 hours of attorney time. (Dkt. No. 38-3). Plaintiff has attached to this motion an executed attorney fee agreement providing for payment of a contingency fee of 25% of the any back benefits award. (Dkt. No. 38-2). The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 41).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $12,568.00.

AND IT IS SO ORDERED.

-2-

Richard Mark Gergel
United States District Judge

April 2?, 2015
Charleston, South Carolina